O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY T. ROGERS,** | NO. ED CV 15-00616-VBF-MAN |
| **Petitioner,** | |
| v. | JUDGMENT |
| J. SOTO, | |
| Respondent. | |

This action is dismissed without prejudice pursuant to 28 U.S.C. § 2244(b).

DATED:   May 11, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE